UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH E. BOUTTE (#389607)

VERSUS

15TH JDC D.A., ET AL.

CIVIL ACTION

17-169-SDD-EWD

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated June 8, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this matter is to be transferred to the Western District of Louisiana for further proceedings. It is further ordered that a determination regarding Petitioner's right to proceed as a *pauper* herein be deferred to the transferee court for resolution and disposition.

Baton Rouge, Louisiana the 24 day of August, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 3.